Argued and submitted September 11, 1992, affirmed December 8, 1993

JOSEPH PATRICK KENNEDY,
*Appellant,*

*v.*

G.H. BALDWIN,
Superintendent,
Eastern Oregon Correctional Institution,
*Respondent.*

(CV91-820; CA A73676)

866 P2d 1230

Garrett A. Richardson argued the cause for appellant. With him on the brief was Multnomah Defenders, Inc.

John R. Payne, Certified Law Student, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Douglas F. Zier, Assistant Attorney General.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *Rios v. Mazur-Hart,* 124 Or App 193, 859 P2d 1204 (1993); *McClintock v. Schiedler,* 123 Or App 334, 859 P2d 580 (1993).